# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. NORDLOFF, | 1:10-cv-02170-AWI-MJS (HC) |
| Petitioner, | ORDER REQUIRING RESPONDENT TO FILE RESPONSE |
| v. | SIXTY-DAY DEADLINE |
| K. ALLISON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 22, 2013, the Court denied Respondent's motion to dismiss, and referred the matter to the assigned Magistrate Judge for further proceedings. Accordingly, Respondent is hereby ordered to file a response to the petition within **sixty (60) days** of the date of service of this order. The traverse, opposition and reply shall be filed in accordance to the instructions set forth in the briefing schedule previously issued by this Court on April 1, 2011. (Briefing Schedule, ECF No. 7.)

IT IS SO ORDERED.

Dated: March 28, 2013

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE